# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. ESTRADA ROBERTS, | No. 2:14-CV-1195-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Good cause appearing therefor, the orders to show cause issued on July 29, 2014, and October 17, 2014, are hereby discharged.

IT IS SO ORDERED.

DATED: November 5, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1