BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8933
     Facsimile:  (415) 744-0134
     Email:  paul.sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH M. ESTRADA ROBERTS, | No. 2:14-cv-01195-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 60 days, to January 11, 2015, for Defendant to file the Answer, according to the Court's Scheduling Order ("Order").  All other scheduling dates set forth in the Order shall be extended accordingly.  There is good cause for this extension.  There has been a problem with compiling the documents needed for the administrative record, and the Social Security Administration's records component has been unable to prepare the certified administrative record.  Defendant requests additional time in order to compile and prepare the certified administrative record to be utilized by all parties in this suit.

Respectfully submitted,

Date: _November 10, 2014_                Law Offices of Lawrence D. Rohlfing

                              By:    _/s/ Brian C. Shapiro*_
                                     BRIAN C. SHAPIRO
                                     *By email authorization

                                     Attorney for Plaintiff

Date: _November 10, 2014_                BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Regional Chief Counsel, Region IX,
                                     Social Security Administration

                              By:    _/s/ Paul Sachelari_
                                     PAUL SACHELARI
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

                                     ORDER

        APPROVED AND SO ORDERED.


Dated:  November 18, 2014

                                     _____
                                     CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE