BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

JOSEPH M. ESTRADA ROBERTS,

    Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

No. 2:14-cv-01195-CMK

**STIPULATION AND ORDER TO EXTEND TIME**

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to April 6, 2015, for Defendant to file her Opposition to Plaintiff's Motion for Summary Judgment, according to the Court's Scheduling Order ("Order").  All other scheduling dates set forth in the Order shall be extended accordingly.  There is good cause for this extension.  Due to shifting and overlapping case management orders in multiple courts, Defendant's counsel presently has nine district court briefs, one circuit court brief, three bankruptcy cases, and multiple Social Security agreement contract reviews pending in the next two weeks.  Defendant's counsel respectfully requests this extension in order to assist in managing his extremely active district, bankruptcy, and circuit court schedule.

                                  Respectfully submitted,

Date: <u>March 2, 2015</u>              Law Offices of Lawrence D. Rohlfing

                          By:   <u>/s/ *Brian C. Shapiro**</u>
                                  BRIAN C. SHAPIRO
                                  *By email authorization

                                  Attorney for Plaintiff

Date: <u>March 2, 2015</u>              BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Regional Chief Counsel, Region IX,
                                  Social Security Administration

                          By:   <u>/s/ Paul Sachelari</u>
                                  PAUL SACHELARI
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

                                  <u>ORDER</u>

APPROVED AND SO ORDERED.


Dated:  March 5, 2015

                                                    _____
                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE